Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOE RAY ORTIZ, <br><br> Defendant. | NO. CR16-00132JLR <br><br> ORDER GRANTING MOTION TO CONTINUE THE TRIAL |

The court being familiar with the records and files herein, and having considered the government's motion for a continuance of the trial date, finds that:

(1) One of the government's undercover agents who was present during the controlled buy of the firearm, will be out of the country from October 17, 2016, to October 27, 2016, and therefore unavailable during the current trial date.

(2) This witness is an essential witness with information that is favorable and material to the government's case.

(3) The current speedy trial deadline is November 30, 2016. A continuance of the trial to October 31, 2016, would be within the speedy trial deadline.

ORDER / ORTIZ - 1
CR16-00132JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:16-cr-00132-JLR   Document 22   Filed 10/05/16   Page 2 of 2

1   This court finds that a continuance of the trial is in the interest of justice and
2   continues the trial to at least October 31, 2016, but with the court's present trial schedule
3   the parties should be aware that their trial may not begin until November 2, 2016.
4
5   Dated this 5th day of October, 2016.
6
7
8   [signature]
9   JAMES L. ROBART
10  United States District Judge
11
12  .
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER / ORTIZ - 2
CR16-00132JLR