JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-00132-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| JOE RAY ORTIZ, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Joe Ray Ortiz to file Defendant's Sentencing Memorandum and its exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Defendant's Sentencing Memorandum and its exhibits be filed under seal.

DATED this 13th day of April, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Greg Geist
Assistant Federal Public Defender
Attorney for Joe Ray Ortiz

ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM
(*Joe Ray Ortiz*, CR16-00132-JLR.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100