UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE RAY ORTIZ,<br><br>　　　　　Defendant. | NO. CR16-132 JLR<br><br>ORDER WITHDRAWING PROBATION VIOLATION ALLEGATIONS |

For the reasons set forth in the government's unopposed motion, the Court hereby withdraws and dismisses the probation violation allegations filed in this matter by the U.S. Probation Office on June 19, 2020. The Court also orders that the arrest warrant in this matter be quashed.

DATED this 28th day of January, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney

Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970